UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JIMMY WAYNE MASENGALE,            )
                                 )
        Plaintiff,               )
                                 )   Case No. 1:11-CV-7
v.                               )
                                 )   Carter/Collier
MICHAEL J. ASTRUE                )
Commissioner of Social Security  )
                                 )
        Defendant.               )

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation (Court File No. 20). Plaintiff's motion

for judgment on the pleadings is **DENIED** (Court File No. 11). Defendant's motion for summary

judgment is **GRANTED** (Court File No. 15). The Commissioner's decision, denying Plaintiff a

period of disability, disability insurance benefits, and supplemental security income under 42 U.S.C.

§§ 416(i), 423, & 1382 is **AFFIRMED**, and the case is hereby **DISMISSED**.


        **SO ORDERED.**

        **ENTER:**

                                 **/s/**_____
                                 **CURTIS L. COLLIER**
                                 **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
    CLERK OF COURT